DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  4:02CR332 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Vincent Marbley | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant and his counsel, Ed Bryan appeared before this Court on May 1, 2007. A report and recommendation was filed on March 22, 2007. (See docket #38). The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant's supervision is revoked and defendant be committed to the custody of the Bureau of Prisons for a period of six (6) months to run consecutive to the sentence imposed by Judge Adams in case number 4:06CR436. Upon release from confinement the term of supervised release is terminated.

IT IS SO ORDERED.

  May 1, 2007                              */s/ David D. Dowd, Jr.*
Date                                              David D. Dowd, Jr.
                                                       U.S. District Judge